AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  NEWMAN, Jon O. | 2. Court or Organization  U.S.C.A., Second Circuit | 3. Date of Report  05/11/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior Circuit Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2009  to  12/31/2009 |
| 7. Chambers or Office Address  U.S. Courthouse  450 Main Street  Hartford, CT 06103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Corporator | Hartford Hospital |
| 2. Corporator | Institute of Living |
| 3. Elector | Hartford Atheneum |
| 4. Life Regent | University of Hartford |
| 5. Board Member | Connecticut Appleseed Foundation |
| 6. Chair | Friends of the Library of the Supreme Court of Israel, Inc. |
| 7. Committee Member | Endowment Foundation of the Jewish Federation of Greater Hartford, Inc. |
| 8. Trustee | No. 1 ▓▓▓ Trust |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 10/11/09 | Hartford Courant - for article | $40.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/11/2010 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS AND CASH: | | | | | | | | | |
| 2. Bank of America -- West Htfd. CT., Checking Acct. | A | Interest | L | T | | | | | |
| 3. Smith Barney, New Haven, CT., Money Market Acct. | A | Interest | M | T | | | | | |
| 4. People's Bank | A | Interest | J | T | | | | | |
| 5. Sovereign Bank | A | Interest | K | T | | | | | |
| 6. BONDS: | | | | | | | | | |
| 7. U.S. Treasury Bond 11.5 | E | Interest | | | Redeemed | 11/16/09 | N | | |
| 8. Houma La. Transit '11 | C | Interest | L | T | | | | | |
| 9. Lafayette La. Transit '11 | B | Interest | K | T | | | | | |
| 10. W. Monroe La. '10 | B | Interest | | | Matured | 08/03/09 | J | | |
| 11. W. Monroe La. '11 | A | Interest | J | T | | | | | |
| 12. CT Health '12 6.5 | C | Interest | | | Redeemed | 07/01/09 | J | | |
| 13. Conn. Health 4.9 '13 | B | Interest | K | T | | | | | |
| 14. Cheshire 5.0 '10 | B | Interest | L | T | | | | | |
| 15. Conn. Refunding '09 5.25 | B | Interest | | | Matured | 03/16/09 | K | | |
| 16. Stratford '10 3.0 | A | Interest | K | T | | | | | |
| 17. New Haven '17 6.0 | B | Interest | | | Redeemed | 11/02/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Meriden '11 3.75 | B | Interest | L | T | | | | | |
| 19. Stamford '10 3.0 | B | Interest | L | T | | | | | |
| 20. CT Rfdg '09 4.5 | B | Interest | | | Matured | 03/16/09 | K | | |
| 21. CT G.O '10 4.9 | B | Interest | K | T | | | | | |
| 22. CT Tax '12 4.3 | A | Interest | J | T | | | | | |
| 23. Seymour CT '13 3.5 | A | Interest | L | T | | | | | |
| 24. Brookfield CT '11 4.25 | B | Interest | K | T | | | | | |
| 25. CT Spl. Tax '12 5.5 | B | Interest | K | T | | | | | |
| 26. Groton '12 4.0 | B | Interest | L | T | | | | | |
| 27. CT '13 4.25 | B | Interest | L | T | | | | | |
| 28. Puerto Rico '14 5.25 | C | Interest | K | T | | | | | |
| 29. CT Refunding '11 5.5 | C | Interest | | | Redeemed | 12/15/09 | K | | |
| 30. Shreveport LA '10 6.75 | B | Interest | | | Redeemed | 09/01/09 | J | | |
| 31. S.E. Texas Hospt. '09 7.5 | B | Interest | | | Matured | 12/01/09 | J | | |
| 32. Bridgeport '11 4.25 | B | Interest | L | T | | | | | |
| 33. CT Clean Water '10 4.5 | B | Interest | | | Redeemed | 07/15/09 | K | | |
| 34. Bridgeport '12 5.0 | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CT G.O. '13 5.0 | B | Interest | L | T | | | | | |
| 36. Hartford Cty. '13 3.25 | C | Interest | M | T | | | | | |
| 37. Fairfield '15 4.25 | B | Interest | L | T | | | | | |
| 38. Bridgeport '13 5.0 | B | Interest | L | T | | | | | |
| 39. CT G.O. '13 5.375 | C | Interest | M | T | | | | | |
| 40. Fairfield '09 5.0 | C | Interest | | | Matured | 07/15/09 | L | | |
| 41. CT G.O. '14 5.0 | C | Interest | M | T | | | | | |
| 42. CT Health '10 4.4 | B | Interest | L | T | | | | | |
| 43. Glastonbury '13 4.25 | B | Interest | L | T | | | | | |
| 44. West Haven '10 5.5 | B | Interest | L | T | | | | | |
| 45. CT G.O. '20 5.0 | C | Interest | M | T | | | | | |
| 46. CT G.O. '10 3.5 | A | Interest | K | T | | | | | |
| 47. UConn '10 2.9 | A | Interest | J | T | | | | | |
| 48. UConn '11 3.2 | A | Interest | J | T | | | | | |
| 49. CT RFDG, '16 5.0 | C | Interest | M | T | Buy | 01/30/09 | M | | |
| 50. CT Spl. Tax '15 2.75 | B | Interest | M | T | Buy | 01/30/09 | M | | |
| 51. CT Health '16 5.0 | | None | M | T | Buy | 08/04/09 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  New Haven '12 4.0 | | None | L | T | Buy | 08/20/09 | L | | |
| 53.  CT Health '15 3.4 | A | Interest | L | T | Buy | 08/14/09 | L | | |
| 54.  Hartford '15 5.25 | | None | L | T | Buy | 09/14/09 | L | | |
| 55.  North Branford '16 3.75 | C | Interest | L | T | Buy | 11/01/09 | L | | |
| 56.  CT G.O '16 4.0 | | None | L | T | Buy | 12/30/09 | L | | |
| 57.  STOCKS: | | | | | | | | | |
| 58.  Royal Dutch Petroleum | D | Dividend | M | T | | | | | |
| 59.  Air Products | C | Dividend | M | T | | | | | |
| 60.  Johnson Contr. | C | Dividend | M | T | | | | | |
| 61.  Merck | D | Dividend | L | T | | | | | |
| 62.  Cummings Engine | B | Dividend | L | T | | | | | |
| 63.  Minn. Mining | B | Dividend | L | T | | | | | |
| 64.  Johnson & Johnson | C | Dividend | L | T | | | | | |
| 65.  Microsoft | B | Dividend | K | T | | | | | |
| 66.  Cisco | | None | L | T | | | | | |
| 67.  Total Fina | D | Dividend | M | T | Sold (part) | 12/22/09 | M | F | |
| 68.  Devon Energy | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FNMA | | None | J | T | Sold (part) | 12/18/09 | J | | |
| 70. Medco | | None | L | T | | | | | |
| 71. Calamos Fund | A | Dividend | L | T | | | | | |
| 72. Legg Mason Fund | B | Dividend | | | Sold | 07/30/09 | L | | |
| 73. GE | A | Dividend | | | Sold | 12/23/09 | J | | |
| 74. Henderson Fund | A | Dividend | K | T | | | | | |
| 75. Jennison Fund | | None | K | T | | | | | |
| 76. Dreyfus Fund | | None | J | T | | | | | |
| 77. Mainstay Fund | | None | K | T | | | | | |
| 78. Arkema | A | Dividend | | | Sold | 12/15/09 | J | C | |
| 79. Fed Max Cap Fund | A | Dividend | K | T | | | | | |
| 80. Schwab 1000 Fund | A | Dividend | K | T | | | | | |
| 81. OTHER: | | | | | | | | | |
| 82. 1/2 Int. W. Htfd., CT., Condo purchased 8/9/88 $115,000 | | None | L | R | | | | | |
| 83. Thames & Hudson Royalty Contract | C | Royalty | J | W | | | | | |
| 84. Condo, University Park, FL purchased 4/9/99, $179,000 | | None | M | R | | | | | |
| 85. AIG Annuity (IRA) | B | Interest | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. AIG Annuity (IRA) | A | Interest | J | T | | | | | |
| 87. TRUST # 1 | E | Int./Div. | P1 | T | | | | | |
| 88. - Conn. Bond '09 5.4 | | | | | Matured | 03/16/09 | J | | |
| 89. - CT G.0. '10 5.0 | | | | | | | | | |
| 90. - Conn. G.0. 5.0 '09 | | | | | Matured | 06/15/09 | K | | |
| 91. - Norwalk '09 4.25 | | | | | Matured | 01/15/09 | K | | |
| 92. - Dupont | | | | | | | | | |
| 93. - Exxon Mobil | | | | | | | | | |
| 94. - G.E. | | | | | | | | | |
| 95. - Norfolk Southern | | | | | | | | | |
| 96. - M & T Bank | | | | | | | | | |
| 97. - Pfizer | | | | | | | | | |
| 98. - Insteel | | | | | | | | | |
| 99. - Alexander and Baldwin | | | | | | | | | |
| 100. - Corning | | | | | | | | | |
| 101. - Honeywell | | | | | | | | | |
| 102. - Lucent | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Pitney Bowes | | | | | | | | | |
| 104. - Philips | | | | | | | | | |
| 105. - Tyco | | | | | | | | | |
| 106. - Hartford Cty. '12 3.125 | | | | | | | | | |
| 107. - CT Health '27 5.125 | | | | | | | | | |
| 108. - New Caanan '13 3.75 | | | | | | | | | |
| 109. - CT New Money '11 3.625 | | | | | | | | | |
| 110. - Wallingford '09 5.0 | | | | | Matured | 06/15/09 | K | | |
| 111. - Newtown '15 3.5 | | | | | | | | | |
| 112. - Ledyard '13 5.0 | | | | | Buy | 01/28/09 | M | | |
| 113. - New Haven '20 5.0 | | | | | Buy | 01/28/09 | K | | |
| 114. - Covidien | | | J | T | Spinoff (from line 105) | 07/06/09 | J | | |
| 115. ░TRUST # 2 | G | Int./Div. | P1 | T | | | | | |
| 116. - Federated Govt. Fund | | | | | Sold | 02/28/09 | N | | |
| 117. - Hanesbrands | | | | | Sold | 06/16/09 | J | D | |
| 118. - Home Depot | | | | | | | | | |
| 119. - McDonald's | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - General Mills | | | | | | | | | |
| 121. - Pepsico | | | | | | | | | |
| 122. - Procter & Gamble | | | | | | | | | |
| 123. - Sara Lee | | | | | | | | | |
| 124. - BP Amoco | | | | | | | | | |
| 125. - American Express | | | | | | | | | |
| 126. - Plum Creek Timber | | | | | | | | | |
| 127. - Transatlantic Holdings | | | | | | | | | |
| 128. - St. Paul Travelers | | | | | | | | | |
| 129. - Wells Fargo | | | | | Sold | 12/15/09 | K | | |
| 130. - Baxter International | | | | | | | | | |
| 131. - Cigna | | | | | | | | | |
| 132. - Edwards Lifescience | | | | | | | | | |
| 133. - Medco Health Solutions | | | | | | | | | |
| 134. - TEVA Pharmaceutical | | | | | Buy (add'l) | 10/13/09 | J | | |
| 135. - Wyeth | | | | | Merged (with line 192) | 10/16/09 | K | E | |
| 136. - Dover | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Emerson Electric | | | | | | | | | |
| 138. - Textron | | | | | Sold | 6/11/09 | J | A | |
| 139. - Minnesota Mining | | | | | | | | | |
| 140. - Agilent | | | | | | | | | |
| 141. - Automatic Data | | | | | | | | | |
| 142. - Intel | | | | | | | | | |
| 143. - Microsoft | | | | | | | | | |
| 144. - RPM Int'l | | | | | | | | | |
| 145. - Windstream | | | | | Sold | 06/11/09 | J | C | |
| 146. - Dominion Resources | | | | | | | | | |
| 147. - University CT '09 3.35 | | | | | Matured | 02/17/09 | K | | |
| 148. - Colchester CT '09 3.375 | | | | | Matured | 06/16/09 | K | | |
| 149. - Stamford CT '09 4.0 | | | | | Matured | 11/02/09 | K | | |
| 150. - CT Housing '09 3.6 | | | | | Matured | 11/16/09 | K | | |
| 151. - Southbury CT '10 3.2 | | | | | | | | | |
| 152. - Windsor CT '10 4.0 | | | | | Redeemed | 07/15/09 | J | | |
| 153. - CT State '10 3.45 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - CT State '10 2.9 | | | | | | | | | |
| 155.  - Cromwell CT '10 3.75 | | | | | | | | | |
| 156.  - Simsbury CT '11 3.75 | | | | | | | | | |
| 157.  - Glastonbury CT '11 3.75 | | | | | | | | | |
| 158.  - Ledyard CT '11 3.5 | | | | | | | | | |
| 159.  - Waterbury CT '11 4.0 | | | | | | | | | |
| 160.  - CT State '11 4.4 | | | | | Redeemed | 09/01/09 | L | A | |
| 161.  - Stonington CT '11 4.0 | | | | | | | | | |
| 162.  - Bristol CT '11 3.0 | | | | | | | | | |
| 163.  - Wethersfield CT '12 3.1 | | | | | | | | | |
| 164.  - CT State '12 4.0 | | | | | | | | | |
| 165.  - Regional School 12 3.65 | | | | | | | | | |
| 166.  - Easton CT '12 3.5 | | | | | | | | | |
| 167.  - CT State '13 3.5 | | | | | | | | | |
| 168.  - CT State '13 4.0 | | | | | | | | | |
| 169.  - Regional School 13 3.75 | | | | | | | | | |
| 170.  - Orange CT '13 3.4 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Tolland CT '13 4.0 | | | | | | | | | |
| 172. - University CT '14 3.7 | | | | | | | | | |
| 173. - CT State '14 4.0 | | | | | | | | | |
| 174. - Glastonbury '14 3.75 | | | | | | | | | |
| 175. - CT State '14 4.0 | | | | | | | | | |
| 176. - South Central Water '15 4.0 | | | | | | | | | |
| 177. - Groton CT '15 3.75 | | | | | | | | | |
| 178. - CT State '15 3.5 | | | | | | | | | |
| 179. - Becton | | | | | | | | | |
| 180. - T. Rowe Price | | | | | | | | | |
| 181. - CT Hsg. Fin. '16 3.9 | | | | | | | | | |
| 182. - CT Health '15 3.5 | | | | | | | | | |
| 183. - CT Health '17 3.5 | | | | | | | | | |
| 184. - Hartford County '18 3.5 | | | | | | | | | |
| 185. - Watertown CT '17 4.0 | | | | | | | | | |
| 186. - Dentsply | | | | | Buy | 02/03/09 | K | | |
| 187. - CT Elec. '16 4.0 | | | | | Buy | 04/03/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - CT '14 3.3 | | | | | Buy | 05/04/09 | L | | |
| 189. - IBM | | | | | Buy | 06/11/09 | K | | |
| 190. - Southington CT '18 3.5 | | | | | Buy | 07/02/09 | L | | |
| 191. - Plymouth CT '17 3.0 | | | | | Buy | 09/09/09 | K | | |
| 192. - Pfizer | | | | | Distributed | 10/16/09 | K | | |
| 193. - Bethel CT '17 3.0 | | | | | Buy | 11/30/09 | L | | |
| 194. - Guilford CT '18 3.0 | | | | | Buy | 12/07/09 | L | | |
| 195. - People's United Fin. | | | | | Buy | 12/15/09 | K | | |
| 196. - New Alliance Bank | | | | | Buy | 02/28/09 | M | | |
| 197. ▓ TRUST #3 | F | Int./Div. | P1 | T | | | | | |
| 198. - Staples | | | | | | | | | |
| 199. - Target | | | | | | | | | |
| 200. - Pepsico | | | | | | | | | |
| 201. - Procter & Gamble | | | | | | | | | |
| 202. - Apache | | | | | | | | | |
| 203. - ExxonMobil | | | | | | | | | |
| 204. - Weatherford | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - JP Morgan Chase | | | | | | | | | |
| 206. - Bank of New York | | | | | | | | | |
| 207. - Wells Fargo | | | | | | | | | |
| 208. - Abbott Labs | | | | | | | | | |
| 209. - Johnson & Johnson | | | | | | | | | |
| 210. - Medtronic | | | | | | | | | |
| 211. - Schein Henry | | | | | | | | | |
| 212. - TEVA Pharmaceutical | | | | | | | | | |
| 213. - Minnesota Mining | | | | | | | | | |
| 214. - Danaher | | | | | | | | | |
| 215. - Emerson Electric | | | | | | | | | |
| 216. - G.E. | | | | | | | | | |
| 217. - United Technologies | | | | | | | | | |
| 218. - Accenture | | | | | Sold (part) | 02/25/09 | J | | |
| 219. - Adobe | | | | | | | | | |
| 220. - Automated Data Processing | | | | | | | | | |
| 221. - Intel | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS _-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - IBM | | | | | | | | | |
| 223. - Microsoft | | | | | | | | | |
| 224. - Qualcomm | | | | | Sold | 05/19/09 | K | | |
| 225. - Air Products | | | | | | | | | |
| 226. - Ecolab | | | | | | | | | |
| 227. - MDU Resources | | | | | | | | | |
| 228. - Fidelity Int'l Fund | | | | | | | | | |
| 229. - Federated Govt. Fund | | | | | Sold | 02/28/09 | M | | |
| 230. - Colchester CT '09 3.375 | | | | | Matured | 06/15/09 | K | | |
| 231. - CT State '10 3.0 | | | | | | | | | |
| 232. - Bristol '11 3.0 | | | | | | | | | |
| 233. - CT State '11 3.125 | | | | | | | | | |
| 234. - Southbury CT '11 3.75 | | | | | | | | | |
| 235. - Wethersfield CT '12 3.1 | | | | | | | | | |
| 236. - CT State '12 4.0 | | | | | | | | | |
| 237. - Jacksonville FL '12 5.375 | | | | | Redeemed (part) | 07/01/09 | J | A | |
| 238. - Regional School '12 3.65 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. - N.J. State '13 5.7 | | | | | Redeemed (part) | 05/01/09 | J | A | |
| 240. - Orange CT '13 3.4 | | | | | | | | | |
| 241. - Easton CT '13 3.625 | | | | | | | | | |
| 242. - University CT '14 3.7 | | | | | | | | | |
| 243. - Glastonbury CT '14 3.75 | | | | | | | | | |
| 244. - ATT | | | | | | | | | |
| 245. - Thermo Fisher | | | | | | | | | |
| 246. - General Dynamics | | | | | | | | | |
| 247. - T. Rowe Price | | | | | | | | | |
| 248. - Dentsply | | | | | | | | | |
| 249. - Telefonica | | | | | | | | | |
| 250. - Kraft Foods | | | | | Sold | 05/12/09 | K | | |
| 251. - Apple | | | | | | | | | |
| 252. - CT ST '14 3.0 | | | | | | | | | |
| 253. - CT HSG, '17 5.350 | | | | | | | | | |
| 254. - Noble | | | | | | | | | |
| 255. - Oracle | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  - CVS | | | | | Buy | 02/23/09 | K | | |
| 257.  - Nike Class B | | | | | Buy | 05/12/09 | K | | |
| 258.  - Southington CT '18 3.5 | | | | | Buy | 07/02/09 | L | | |
| 259.  - People's United Fin. | | | | | Buy | 07/13/09 | K | | |
| 260.  - Research in Motion | | | | | Buy | 07/13/09 | K | | |
| 261.  - CT High '17 3.85 | | | | | Buy | 08/06/09 | K | | |
| 262.  - New Alliance Bank | | | | | Buy | 02/28/09 | M | | |
| 263.  TRUST #4 | E | Int./Div. | P1 | T | | | | | |
| 264.  - Staples | | | | | | | | | |
| 265.  - Target | | | | | | | | | |
| 266.  - Pepsico | | | | | | | | | |
| 267.  - Procter & Gamble | | | | | | | | | |
| 268.  - ExxonMobil | | | | | | | | | |
| 269.  - Noble | | | | | | | | | |
| 270.  - JP Morgan Chase | | | | | | | | | |
| 271.  - Bank of New York | | | | | | | | | |
| 272.  - Wells Fargo | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. - Abbott Labs | | | | | | | | | |
| 274. - Johnson & Johnson | | | | | | | | | |
| 275. - Medtronic | | | | | | | | | |
| 276. - Schein Henry | | | | | | | | | |
| 277. - TEVA Pharmaceutical | | | | | | | | | |
| 278. - Danaher | | | | | | | | | |
| 279. - Emerson Electric | | | | | | | | | |
| 280. - G.E. | | | | | | | | | |
| 281. - United Technologies | | | | | | | | | |
| 282. - Accenture | | | | | Sold (part) | 02/25/09 | J | | |
| 283. - Automatic Data Processing | | | | | | | | | |
| 284. - Cisco | | | | | | | | | |
| 285. - Intel | | | | | | | | | |
| 286. - IBM | | | | | | | | | |
| 287. - Microsoft | | | | | | | | | |
| 288. - Ecolab | | | | | | | | | |
| 289. - MDU Resources | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  - Dodge & Cox Int'l Fund | | | | | | | | | |
| 291.  - Fidelity Int'l Fund | | | | | | | | | |
| 292.  - Federated Govt. Fund | | | | | Sold | 02/28/09 | L | | |
| 293.  - Colchester CT '09 3.375 | | | | | Matured | 06/15/09 | K | | |
| 294.  - CT State '10 3.0 | | | | | | | | | |
| 295.  - Bristol CT '11 3.0 | | | | | | | | | |
| 296.  - CT State '11 3.8 | | | | | | | | | |
| 297.  - Wethersfield CT '12 3.1 | | | | | | | | | |
| 298.  - CT State '12 4.0 | | | | | | | | | |
| 299.  - Regional School '12 3.65 | | | | | | | | | |
| 300.  - Orange CT '13 3.4 | | | | | | | | | |
| 301.  - Easton CT '13 3.625 | | | | | | | | | |
| 302.  - University CT '14 3.7 | | | | | | | | | |
| 303.  - Glastonbury CT '14 3.75 | | | | | | | | | |
| 304.  - U.S. Treasury '18 9.0 | | | | | | | | | |
| 305.  - Somers CT 4.0 '10 | | | | | | | | | |
| 306.  - CT State '11 3.125 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - ATT | | | | | | | | | |
| 308. - Thermo Fisher | | | | | | | | | |
| 309. - Ebay | | | | | Sold | 02/20/09 | J | | |
| 310. - General Dynamics | | | | | | | | | |
| 311. - Oracle | | | | | | | | | |
| 312. - Kraft Foods | | | | | Sold | 05/12/09 | K | | |
| 313. - Apple | | | | | | | | | |
| 314. - Dentsply | | | | | Buy | 02/06/09 | J | | |
| 315. - Nike Class B | | | | | Buy | 05/01/09 | J | | |
| 316. - Southington CT '18 3.5 | | | | | Buy | 07/02/09 | L | | |
| 317. - New Alliance Bank | | | | | Buy | 02/28/09 | L | | |
| 318. ▓ IRA consisting of Stocks and Corporate Bonds: | E | Int./Div. | P1 | T | | | | | |
| 319. - Walt Disney | | | | | | | | | |
| 320. - McDonalds | | | | | | | | | |
| 321. - Staples | | | | | | | | | |
| 322. - Pepsico | | | | | | | | | |
| 323. - Procter & Gamble | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.   - ExxonMobil | | | | | | | | | |
| 325.   - Bank of New York | | | | | | | | | |
| 326.   - Johnson & Johnson | | | | | | | | | |
| 327.   - Medtronic | | | | | | | | | |
| 328.   - Emerson Electric | | | | | | | | | |
| 329.   - G.E. | | | | | | | | | |
| 330.   - Automated Data | | | | | | | | | |
| 331.   - Intel | | | | | | | | | |
| 332.   - I.B.M. | | | | | | | | | |
| 333.   - Microsoft | | | | | | | | | |
| 334.   - Oracle | | | | | | | | | |
| 335.   - Ecolab | | | | | | | | | |
| 336.   - Verizon | | | | | | | | | |
| 337.   - Federated Govt. Fund | | | | | Sold | 02/28/09 | L | | |
| 338.   - Morgan Stanley '09 3.875 | | | | | Matured | 01/15/09 | K | | |
| 339.   - Anheuser Busch '10 5.625 | | | | | | | | | |
| 340.   - Prudential '11 5.1 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - Goldman Sachs '12 5.7 | | | | | | | | | |
| 342. - Kimberly Clark '13 5.0 | | | | | | | | | |
| 343. - Pitney Bowes '14 4.875 | | | | | | | | | |
| 344. - Abbott Labs | | | | | | | | | |
| 345. - United Technologies | | | | | | | | | |
| 346. - Danaher Corp. | | | | | | | | | |
| 347. - ATT | | | | | | | | | |
| 348. - Thermo Fisher | | | | | | | | | |
| 349. - Dodge & Cox Fund | | | | | | | | | |
| 350. - CVS | | | | | | | | | |
| 351. - G.E. '14 5.65 | | | | | | | | | |
| 352. - Target | | | | | | | | | |
| 353. - Walt Disney '11 5.7 | | | | | | | | | |
| 354. - Accenture | | | | | | | | | |
| 355. - Bell South '16 5.2 | | | | | | | | | |
| 356. - Lowes '15 5.0 | | | | | | | | | |
| 357. - Fidelity | | | | | | Sold | 04/08/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - Caterpillar '15 4.75 | | | | | | | | | |
| 359. - Bank of America '16 5.75 | | | | | | | | | |
| 360. - Goldman Sachs M/C Fund | | | | | Buy | 04/08/09 | J | | |
| 361. - TEVA | | | | | Buy | 10/13/09 | J | | |
| 362. - New Alliance Bank | | | | | Buy | 02/28/09 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/11/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, line 85: Identification of Trust changed per instructions.

Part VII, line 135: Wyeth shares were exchanged in merger for shares of Pfizer and cash. See also line 192.

Part VII, line 152: The entry for Windsor CT '10 4.0 appeared as a duplicate entry on lines 162 and 163 of Part VII of my 2008 report, and now appears as a single entry on line 152 of this report.

Part VII, line 155: Interest rate is 3.75; it was incorrectly listed previously as 2.9.

Part VII, line 192: Pfizer shares were distributed in connection with the merger of Wyeth into Pfizer. See also line 135.

The entry for Thermo Fisher, which was listed in Part VII, line 192, of my 2008 report, has not been listed on this report because that entry was incorrect; Thermo Fisher is an asset of Trust No. 3 (line 245), Trust No. 4 (line 308) and the IRA account (line 348), and was not purchased for Trust No. 2.

The entry for Ecolab, which was listed in Part VII, line 268, of my 2008 report, has not been listed on this report because the entry on line 268 was an additional purchase, which should have appeared on the entry for Ecolab on line 236 of the 2008 report. Ecolab now appears as a single entry on line 226 of this report.

| Name of Person Reporting | Date of Report |
| --- | --- |
| NEWMAN, Jon O. | 05/11/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544